hereby are, vacated and recalled, and the petition for review is reinstated.

(2) Woods' brief is due on or before April 13, 2012.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**In re Benjamin SLOTZNICK.**

**No. 2011–1342.**

United States Court of Appeals, Federal Circuit.

Feb. 13, 2012.

John D. Simmons, Panitch Schwarze Belisario & Nadel LLP, of Philadelphia, Pennsylvania, argued for appellant. With him on the brief were Clark A. Jablon and Bijal Shah–Creamer.

Thomas W. Krause, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With him on the brief were Raymond T. Chen, Solicitor, and Lynne E. Pettigrew, Associate Solicitor.

LOURIE, LINN, and WALLACH, Circuit Judges.

**Winford L. SULLIVAN, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

**No. 2011–3220.**

United States Court of Appeals, Federal Circuit.

Feb. 13, 2012.

Winford L. Sullivan, of Tulsa, Oklahoma, pro se.

Jane C. Demsey, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, for respondent. With her on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Harold D. Lester, Jr., Assistant Director.

Before NEWMAN, LOURIE, and MOORE, Circuit Judges.